Priority  
Send ✓  
Enter  
Closed ✓  
JS-5/JS-6  
JS-2/JS-3  
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

MAR - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUIS JUAN JOHNSON,<br><br>        Petitioner,<br><br>        v.<br><br>STUART J. RYAN, WARDEN,<br><br>        Respondent. | Case No. SA CV 05-331-ABC (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: _March 3, 2008_.

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\JOHNSON, M 331\Judgment.wpd